CSD 2012 [09/27/10]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

Order Entered on
February 16, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
NASH SWAN

Debtor.

BANKRUPTCY NO. 10-07640 PB13
Date of Hearing: FEBRUARY 9, 2011
Time of Hearing: 11:00 AM
Name of Judge: LOUISE DeCARL ADLER

## ORDER DISMISSING CHAPTER 13 CASE AFTER HEARING

Upon consideration of a Motion to Dismiss this case:

☐ Filed by _____, Creditor, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 13 trustee;

☐ Filed by DAVID L. SKELTON, Chapter 13 Trustee, and upon hearing requested by the Debtor(s); Debtor failed to make payment per Post Mod Plan (Docket #43).

☐ Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

☒ Filed by the Chapter 13 Trustee in conjunction with a regularly noticed hearing on an Objection to Confirmation of the Debtor's proposed Chapter 13 Plan for the reasons set forth on the record;

☐ Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: February 16, 2011

_/s/ Louise DeCarl Adler_
Judge, United States Bankruptcy Court

CSD 2012